# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth L. Combs,** | **:** | **Case No. 2:20-cv-3074** |
| | | **Crim. No. 2:19-cr-138** |
| Petitioner, | | |
| | | **Judge Sarah D. Morrison** |
| v. | | **Magistrate Judge Chelsey M. Vascura** |
| | | |
| **United States of America,** | **:** | |
| | | |
| Respondent. | | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 23, 2020. (ECF No. 33.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** Petitioner's Motion to Vacate his conviction under 28 U.S.C. § 2255.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**